IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KATHERINE L. WOOTEN                                                                    PLAINTIFF

No. 04-1088

JO ANNE B. BARNHART,                                                                   DEFENDANT
Commissioner, Social Security Administration

<u>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT for the
EASTERN DISTRICT OF ARKANSAS</u>

On September 16, 2005, Plaintiff herein filed a motion to transfer this matter to the Eastern District of Arkansas (Doc. #9). Plaintiff's complaint was filed in the Western District of Arkansas in error. Plaintiff, Katherine L. Wooten, was and is a resident of Phillips County, Arkansas. Phillips County, Arkansas is located in the Eastern District of Arkansas, Eastern Division.

Therefore, Plaintiff's motion should be granted and this case should be transferred to the United States District Court for the Eastern District of Arkansas, Eastern Division.

IT IS SO ORDERED on this the 16th day of September, 2005.

                                                                                   /s/Bobby E. Shepherd
                                                                                   Honorable Bobby E. Shepherd
                                                                                   United States Magistrate Judge